**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| FRANKIE ANDINO,<br>Plaintiff, | : | CIVIL NO.: 3:26-cv-01478-OAW |
| vs. | : | |
| THE DURHAM MANUFACTURING CO.,<br>Defendant. | : | SEPTEMBER 24, 2026 |

**DEFENDANT'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Durham Manufacturing Company, by and through its undersigned counsel of record, hereby states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

DEFENDANT,
DURHAM MANUFACTURING
COMPANY

By *_/s/ Abby M. Warren_*

Abby M. Warren (ct30077)
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Tel. No. (860) 275-8200
Fax No. (860) 275-8299
Email: awarren@rc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September 2026, a copy of the foregoing document was filed electronically. By operation of the Court's electronic filing system, the Court system will send notice of this filing by email to all parties. Notice will be sent by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Abby M. Warren*
Abby M. Warren