**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| FRANKIE ANDINO,<br>Plaintiff, | : | CIVIL NO.: 3:26-cv-01478 |
| vs. | : | |
| THE DURHAM MANUFACTURING CO.,<br>Defendant. | : | OCTOBER 7, 2026 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Christopher A. Costain as attorney for the defendant, The Durham Manufacturing Company, in the above-captioned matter.

DEFENDANT,
THE DURHAM MANUFACTURING CO.

By: /s/ *Christopher A. Costain*

Abby M. Warren (ct30077)
Christopher A. Costain (ct31612)
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Phone: 860-275-8232
Fax: 860-275-8299
Email: awarren@rc.com
Email: ccostain@rc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October 2026, a copy of the foregoing document was filed electronically. By operation of the Court's electronic filing system, the Court system will send notice of this filing by email to all parties. Notice will be sent by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Christopher A. Costain*
Christopher A. Costain